■ In the Matter of ELLIS CLANTON, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed (see *Matter of Russo v New York State Bd. of Parole,* 50 NY2d 69). (Appeal from judgment of Supreme Court, Wyoming County, Conable, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.

■ JOHN SIMET, Individually and as Parent and Natural Guardian of JOHN R. SIMET, Respondent, v DANIEL CRONIN, Appellant. — Order unanimously affirmed, with costs, for reasons stated at Special Term, Wolf, J. (Appeal from order of Supreme Court, Erie County, Wolf, J. — substituted service.) Present — Dillon, P. J., Hancock, Jr., Green, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY L. BOWMAN, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oneida County Court, Inglehart, J. — criminal sale of controlled substance, third degree.) Present — Callahan, J. P., Doerr, Denman, Boomer and O'Donnell, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EMIL SKRLIN, Respondent. — Judgment, insofar as it imposes sentence, unanimously reversed, on the law, and otherwise judgment affirmed and matter remitted to Niagara County Court for resentencing pursuant to section 70.02 of the Penal Law. (Appeal from judgment of Niagara County Court, DiFlorio, J. — robbery, second degree, and other charges.) Present — Dillon, P. J., Boomer, Green, O'Donnell and Schnepp, JJ.